IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3088 |
| vs. | ORDER |
| ANGEL GUADLUPE DELEON, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 38) is granted.

2. Defendant Angel Guadlupe Deleon's sentencing is continued to April 26, 2018, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 7th day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge